Theodore McElhone
1302 El Moro Dr
Campbell, Ca 95008
408 355 3224
Plaintiff, Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Theodore McElhone<br><br>Plaintiff<br><br>vs<br><br>Sebellius, Sec'y of Health & Human Svc<br><br>Defendant | case no C12 6090 **WHA**<br><br>MOTION TO EXTEND TIME<br>FOR<br>SERVICE OF COMPLAINT<br><br>[proposed]<br>ORDER OF COURT<br><br>date: August 8, 2013<br>time: 8:00AM<br>courtroom 8<br>Judge: Hon. W. H. Alsup |

The above captioned matter having been reviewed by this court and finding good cause to grant Plaintiff's motion for additional time to serve the defendant in compliance with FRCP 4(i); therefore it is ORDERED that Clerk of court, upon recovery of the original Summons, issue a new Summons which is to be served by September 5, 2013

  Defendant has filed a statement of non-opposition to the motion (Dkt. No. 15).

It is so ORDERED

Dated:  July 23, 2013.

_____
William Alsup
United States District Judge