Theodore McElhone
1302 El Moro Dr
Campbell, Ca 95008
408 355 3224
Plaintiff, Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Theodore McElhone | case no C12 6090 **WHA** |
|---|---|
| Plaintiff | MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT |
| vs | [proposed] ORDER OF COURT |
| Sebellius, Sec'y of Health & Human Svc | |
| Defendant | date: August 8, 2013<br>time: 8:00AM<br>courtroom 8<br>Judge: Hon. W. H. Alsup |

The above captioned matter having been reviewed by this court and finding good cause to grant Plaintiff's motion for additional time to serve the defendant in compliance with FRCP 4(i); therefore it is ORDERED that Clerk of court, upon recovery of the original Summons, issue a new Summons which is to be served by September 5, 2013

Defendant has filed a statement of non-opposition to the motion (Dkt. No. 15).

It is so ORDERED

Dated: July 23, 2013.

William Alsup
United States District Judge