IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MCELHONE,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHLEEN SEBELIUS,<br><br>    Defendant.<br>_____ / | No. C 12-06090 WHA<br><br>**ORDER GRANTING STAY** |

    Assistant United States Attorney Claire T. Comier, counsel for defendant, has filed a motion to stay the current proceedings because she has been furloughed during the current government shutdown.

    As a general matter, no stays will be granted in criminal cases when a government attorney has been furloughed. In civil cases, a stay *may* be granted only in cases when the specific government attorney on the case has been furloughed.

    Because Attorney Comier has been furloughed due to the failure to adopt a federal budget, all proceedings in the instant action will be stayed effective immediately and said stay will last only so long as Attorney Comier remains furloughed. Defendant's motion for summary judgment will be due 28 days after Congress restores appropriations to the Department of Justice and Attorney Comier resumes her duties. Upon resuming her duties, Attorney Comier shall advise the Court that the stay has been lifted and provide a calculation of the extended deadlines

for defendant's answer to plaintiff's motion for summary judgment and plaintiff's reply assuming that plaintiff files a timely motion for summary judgment.

**IT IS SO ORDERED.**

Dated:  October 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2