IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MCELHONE,<br><br>  Plaintiff,<br><br>  v.<br><br>KATHLEEN SEBELIUS,<br><br>  Defendant.<br>_____/ | No. C 12-06090 WHA<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil Local Rule 16-5, plaintiff should have filed his motion for summary judgment on July 4, 2013. He failed to do so. Plaintiff was allowed an extension of time to October 8, 2013, and was informed that failure to file his motion by October 8 will result in the dismissal of his action. That deadline has come and gone.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why his case should not be dismissed for failure to prosecute by **OCTOBER 11, 2013**, **AT NOON**. Failure to provide an adequate response will result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: October 9, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE